IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SWEET CHARLIE'S FRANCHISING, LLC et al.**<br><br>v.<br><br>**SWEET MOO'S ROLLED ICE CREAM, LLC, et al.** | **CIVIL ACTION**<br><br>No. 19-4618 |

# ORDER

The agreement specifies Delaware as the forum for any disputes. Counsel shall e-mail a letter (3 pages maximum) to Chambers (Chambers_of_Judge_Michael_Baylson@paed.uscourts.gov) within ten (10) days as to why, if the case is to be transferred, it should not be transferred to the USDC Delaware.

**BY THIS COURT:**

Dated: April 13, 2020

s/ Michael M. Baylson
_____
**Michael M. Baylson**
**United States District Court Judge**

O:\CIVIL 19\19-4618 Sweet Charlie's v. Sweet Moo's\19cv4618 Order re Motion to Transfer